Wayne P. **RALEY**, Plaintiff–Appellant,

v.

The **PRINCE GEORGE COUNTY POLICE DEPARTMENT**; David Peterson, Defendants–Appellees.

No. 01–2333.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 21, 2002.

Wayne Raley, Appellant Pro Se. Hunter Martin Robertson, Prince George, Virginia; Christopher Lawrence Perkins, Leclair Ryan, P.C., Richmond, Virginia, for Appellees.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Wayne Raley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Raley v. Prince George County Police Dep't,* No. CA–01–377–3 (E.D.Va. Nov. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*